# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

APRIL WILSON, Parent and Guardian of      PLAINTIFF
MATTHEW WILSON, a Minor

v.     No. 2:07CV00140 JLH

RC2 CORPORATION     DEFENDANT

## ORDER

Defendant's motion for stay of proceedings and for extension of time to answer is GRANTED. Document #6. This action is stayed and defendant's time to answer is extended to 30 days following the entry of an order by the Judicial Panel on Multidistrict Litigation on the pending motions to transfer filed in MDL No. 1893. If the MDL panel does not transfer this case, this Court will decide the motion to remand. The response to the motion to remand must be filed within 14 days after the MDL panel enters its order. If the MDL panel grants the motion to transfer, the court to which this action is transferred will decide the motion to remand.

IT IS SO ORDERED this 28th day of November, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE